ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
JEFFREY K. RIFFER, State Bar No. 87016
  *jriffer@elkinskalt.com*
ERIC J. LORENZINI, State Bar No. 218433
  *elorenzini@elkinskalt.com*
2049 Century Park East, Suite 2700
Los Angeles, California 90067-3202
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Robbins Research International, Inc., Anthony Robbins, and Steven Paul Doyle

LAVELY & SINGER
BRIAN G. WOLF, State Bar No. 135257
  *bwolf@lavelysinger.com*
2049 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: 310-556-3501
Facsimile: 310-556-3615

Attorneys for Robbins Research International, Inc. and Anthony Robbins

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBBINS RESEARCH INTERNATIONAL, INC., STEVEN PAUL DOYLE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NEEDBASEDAPPS, LLC, and DOES 1-10, Inclusive,<br><br>Defendants.<br><br>AND RELATED ACTIONS | CASE No. 2:12-CV-00797-GW-JEM [Consolidated with Case Nos: 2:13-CV-01316-GW-JEM and **2:13-CV-01390-GW-JEM**]<br><br>**ORDER RE DISMISSAL WITH PREJUDICE** |

702677v1

1
**ORDER RE DISMISSAL WITH PREJUDICE**

# ORDER

All parties who have appeared in this action—Robbins Research International, Inc., Steven Paul Doyle, Anthony Robbins, NeedBasedApps, LLC, and Mark Geller (collectively, "the Parties")—through their respective counsel, have stipulated that the above-captioned related and consolidated actions (Case Nos. 2:12-CV-00797-GW-JEM, 2:13-CV-01316-GW-JEM and 2:13-CV-01390-GW-JEM) (the "Actions") have been settled in their entirety pursuant to a written settlement agreement.

Pursuant to the stipulation of the Parties, under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Actions in their entirety, including all claims, counterclaims and orders of the Court in them, are hereby dismissed with prejudice; however, this Court shall retain jurisdiction to enforce the terms of the confidential settlement agreement entered into by the Parties.

The Parties shall each bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: December 28, 2016

_____
Hon. George H. Wu
United States District Judge